IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIM. NO. JKB-16-0259** |
| **DARVIN GUERRA-ZACARIAS,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Darvin Guerra-Zacarias's Motion to Reduce Sentence. (ECF No. 1768.) He seeks a reduction in his sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"). (*Id.*) The Court will deny the Motion.

Amendment 821 is a multi-part amendment. Part B to Amendment 821 provides a mechanism for certain zero-point offenders (i.e., criminal defendants with no criminal history points) to obtain a reduction of their offense level. *See* U.S.S.G. § 4C1.1. However, to be eligible for this reduction, zero-point offenders must meet the criteria enumerated in the amendment, including that "the offense did not result in death or serious bodily injury." *Id.* § 4C1.1(a)(4).

Guerra-Zacarias pleaded guilty to Conspiracy to Commit Murder In Aid of Racketeering, and the Statement of Facts in the Plea Agreement reflect that he "agreed with members of MS-13 to conduct and participate in the gang's affairs through a pattern of racketeering activity that included conspiracy to commit murder" and that he "knowingly and intentionally conspired with other members and associates of MS-13 to effect the murder of Victim 18." (ECF No. 671.) Further, he drove certain co-conspirators to meet with Victim 18, a co-conspirator "got Victim 18 to enter Guerra-Zacarias's car," and "MS-13 gang members entered the car and subdued Victim 18." (*Id.*) Guerra-Zacarias then drove Victim 18 to the location where she was murdered. (*Id.*)

Therefore, while Guerra-Zacarias is a zero-point offender (*see* ECF No. 765), the criteria set forth in U.S.S.G. § 4C1.1(a)(4) that require the offense not to result in death expressly exclude him.

Accordingly, it is ORDERED that Darvin Guerra-Zacarias's Motion to Reduce Sentence (ECF No. 1768) is DENIED.

DATED this 27 day of January, 2025.

BY THE COURT:

James K. Bredar
United States District Judge